No. 764. CYNTHIA LINDSAY, PETITIONER, *v.* CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY. June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. E. T. Thompson* for the petitioner. *Mr. F. B. Daniels* and *Mr. William Burry* for the respondent.

Nos. 991 and 992. THE BADDERS CLOTHING COMPANY, PETITIONER, *v.* THE BURNHAM-MUNGER-ROOT DRY GOODS COMPANY ET AL. June 12, 1916. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. H. Harkless, Mr. D. R. Hite* and *Mr. Clifford Histed* for the petitioner. *Mr. Edwin A. Krauthoff* for the respondents.

No. 1001. JOHN W. ENRIGHT ET AL., PETITIONERS, *v.* ARTHUR YANCEY. June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Grafton L. McGill* for the petitioners. *Mr. John Dymond, Jr.,* and *Mr. A. Griffen Levy* for the respondent.

No. 1006. UNION TERMINAL COMPANY ET AL., PETITIONERS, *v.* TURNER CONSTRUCTION COMPANY. June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. T. G. Crawford* for the petitioners. *Mr. Richard P. Marks* for the respondent.

No. 1014. JAMES F. BISHOP, ADMINISTRATOR, ETC., PETITIONER, *v.* EDWARD B. PRYOR, RECEIVER, ETC.

June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. E. F. Thompson* for the petitioner. *Mr. John M. Zane, Mr. Charles F. Morse* and *Mr. J. L. Minnis* for the respondent.

---

No. 1019. THE FIRST NATIONAL BANK OF ROSWELL, PETITIONER, *v.* HOGGSON BROTHERS. June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William C. Reid* for the petitioner. *Mr. Selden Bacon* for the respondent.

---

No. 1020. JOSEPH F. WILSON & COMPANY, CLAIMANT, ETC., PETITIONER, *v.* SOUTH ATLANTIC STEAMSHIP COMPANY. June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Parker Kirlin, Mr. William R. Leaken* and *Mr. Mark W. Maclay, Jr.,* for the petitioner. *Mr. Samuel B. Adams* for the respondent.

---

No. 1024. CORNELIA E. CLEMENT, PETITIONER, *v.* MARY ANN WHITTAKER, ETC. June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Robert H. McCarter* and *Mr. Gilbert Collins* for the petitioner. *Mr. Bayard Stockton* for the respondents.

---

No. 1026. ST. LOUIS SOUTHWESTERN RAILWAY COMPANY, PETITIONER, *v.* W. H. MCLAUGHLIN ET AL.